UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LASHELL EPPERSON,** *et al., individually*
*and on behalf of others similarly situated,*

    Plaintiffs,

v.                          Civil Action No. 3:19-cv-00939-JAG

**RODNEY M. BORDEAUX,** *et al.*,

    Defendants.

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Lashell Epperson, George Hengle, Sherry Blackburn, Clairmont Morrison, Equilla Lavine, and Semetrica Shadwick (collectively "Plaintiffs"), and Defendants, Rodney M. Bordeaux, Wayne Boyd, Wizipan Little Elk, Clay Colombe, Mindi Vavra and Fintech Financial, LLC (collectively "Defendants"), hereby stipulate that all of Plaintiffs' claims against the Defendants are hereby dismissed without prejudice and each party shall bear its own attorney's fees and costs. Therefore, dismissal without a court order is proper.

Respectfully submitted this 17th day of July 2020.

By:*/s/ Kristi C. Kelly*
Kristi C. Kelly
Virginia State Bar No. 72791
Andrew J. Guzzo
Virginia State Bar No. 82170
Casey S. Nash
Virginia State Bar No. 84261
*Counsel for Plaintiffs*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

By: */s/David N. Anthony*
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of July, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                  /s/ *Kristi C. Kelly*
                                          Kristi C. Kelly, Esq., VSB #72791
                                          KELLY GUZZO, PLC
                                          3925 Chain Bridge Road, Suite 202
                                          Fairfax, VA 22030
                                          Telephone: 703-424-7572
                                          Facsimile:  703-591-0167
                                          Email: kkelly@kellyguzzo.com
                                          *Counsel for Plaintiffs*