IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LASHELL EPPERSON, et al., individually and on
behalf others similarly situated,
    Plaintiffs,

v.                                            Civil Case No. 3:19-cv-939
RODNEY M. BORDEUAX, et al.,
    Defendants.

## FINAL ORDER

On July 17, 2020, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 16.) The Court acknowledges this voluntary dismissal without prejudice and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 17 July 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge